UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-CV-3639(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Albert Hicks | ) | |

Respondent objects to the Report and Recommendation, issued October 17, 2007, by the Honorable Franklin L. Noel, United States Magistrate Judge. The Magistrate recommended that the government's Petition to Determine Present Mental Condition of an Imprisoned Person under 18 U.S.C. § 4245 be granted.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. The government's petition to determine present mental status of respondent [Docket No. 1] is granted.

2. Respondent shall be committed to the custody of the Attorney General and hospitalized at FMC Rochester.

Dated:  November 30th, 2007

         s/ James M. Rosenbaum
        JAMES M. ROSENBAUM
        United States Chief District Judge